IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ASBESTOS LITIGATION:<br><br>MARK E. HILLYER and CAROL HILLYER,<br>his wife<br><br>                Plaintiffs,<br><br>    v.<br><br>ABB, INC., et al.,<br><br>                Defendants. | C.A. No. 15-cv-378 (GMS-SRF) |

ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION ABSENT TIMELY OBJECTION

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Sherry Fallon issued on July 28, 2016, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been received.

Accordingly, this 24th day of August, 2016, by the United States District Court for the District of Delaware, it is ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 159) is ADOPTED; and

2. The Defendants' Motions for Summary Judgment (D.I. 106, 108, 109, 121, 123, 127) are GRANTED; and

3. The Clerk of Court is directed to enter judgment in favor of the Defendants and against the Plaintiffs at the close of the case.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE