Swartz Campbell LLC
300 Delaware Ave.
Suite 1410
Wilmington DE 19801

voice (302) 656-5935
facsimile (302) 656-1434
smartyniak@swartzcampbell.com
www.swartzcampbell.com

**Shawn E. Martyniak**
*Attorney At Law*

October 19, 2016

<u>VIA Electronic Filing</u>
U.S. District Court Judge Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Unit 19
Wilmington, DE 19801-3569

    RE: *Mark Hillyer, et al.*, C.A. No. 1:15-cv-00378-GMS-SRF

Dear Judge Sleet:

    Our office represents Crane Co. in this matter. Final Pretrial Order is due on Wednesday, October 19, 2016 followed by Pre-Trial Conference on October 24, 2016, and Trial beginning on November 7, 2016. Objections to Magistrate Judge Fallon's Report and Recommendation are still outstanding as well.

    I write to advise the Court that Crane Co. and Plaintiff have resolved this matter. I believe the sole remaining defendant in the matter is Copes-Vulcan. Should the Court have further inquiry or require further action from Crane Co., I am available at the Court's desire.

Respectfully Submitted,
SWARTZ CAMPBELL LLC

*/s/ Shawn E. Martyniak*
Shawn E. Martyniak

Cc:    Antoinette Hubbard, Counsel for Copes-Vulcon (Via electronic filing only)
       Dale Bowers, Counsel for Plaintiff